UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

|  |  |  |
|---|---|---|
| KIMISSA ROWLAND, | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 3:18-cv-00033-GFVT |
| v. | ) ) | |
| | ) | **ORDER** |
| SOUTHERN HEALTH PARTNERS, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own Motion. On September 9, 2021, a telephonic conference was held in this matter. As the conference, the Court took under advisement Parties' request to schedule trial in this matter and to file a new scheduling order relative to the pending claims in this matter. [R. 99.] Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. Any summary judgment motion regarding the remaining supervisory liability claim against Southern Health Partners **SHALL** be filed within thirty days of the date of the entrance of this Order, with the response and reply to follow the timeline set forth in the Local Rules;

2. Any Motions *in Limine* and *Daubert* motions **SHALL** be filed by **December 17, 2021**, with the response and reply to follow the timeline set forth in the Local Rules;

3. The Final Pretrial Conference in this matter is **SCHEDULED** for **Wednesday, February 23, 2022** at **1:30 p.m.** at the United States District Courthouse in **Frankfort**, Kentucky;

4. Trial in this matter is **SCHEDULED** for **Monday, March 7, 2022 at 10:00 a.m.** at the United States District Courthouse in **Frankfort**, Kentucky, with counsel to arrive by 9:30 a.m.

This the 15th day of September, 2021.

Gregory F. Van Tatenhove
United States District Judge